**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Robert SHABAZZ–DAVIS, Petitioner**

**No. 255 EAL 2017**

Supreme Court of Pennsylvania.

October 12, 2017

### ORDER

PER CURIAM

**AND NOW,** this 12th day of October, 2017, the Petition for Allowance of Appeal is **GRANTED.** The Superior Court's order is **VACATED** and this matter is **RE-MANDED** to that court for reconsideration in light of this Court's decision in

*Commonwealth v. Batts,* —— Pa. ——, 163 A.3d 410 (2017).